IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLINTON MYERS                                                                                    PLAINTIFF

v.                                          CIVIL NO. 07-5159

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                                               DEFENDANT

## MEMORANDUM OPINION

Plaintiff Clinton Myers filed this action on September 18, 2007, seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) pursuant to 42 U.S.C. § 405(g). (Doc. # 1). Instead of answering the complaint, on October 25, 2007, defendant filed a motion requesting plaintiff's case be remanded for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. # 9). Defendant states in his motion, that the recordings of the hearing held on June 1, 2006, can not be located at this time. Thus, he requests that this court remand the case for a de novo hearing.

Pursuant to sentence six of 42 U.S.C. § 405(g), a district court may remand a social security case when the Commissioner, for good cause, requests remand to take further administrative action before filing an answer to the complaint. 42 U.S.C. §405(g); *Shalala v. Schaefer,* 509 U.S. 292, 113 S.Ct. 2625 (1993). In the present case, an answer has not been filed and we find good cause exists to support defendant's request for remand.

---

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

      Based on the foregoing, we hereby grant defendant's motion and remand this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g). Plaintiff is directed to forward a copy of the Administrative Law Judge's decision with an exhibit list and the Appeals Council's denial notice to the Office of Appellate Operations, CCPRB-3, Room 10001, 5107 Leesburg Pike, Falls Church, Virginia 22041, Attention: Earnest Baskerville, Branch Chief.

      DATED this 29th day of October 2007.

      /s/ *J. Marschewski*
      HON. JAMES R. MARSCHEWSKI
      UNITED STATES MAGISTRATE JUDGE