IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CLINTON MYERS                                                              PLAINTIFF


     v.                                    CIVIL NO. 07-5159


MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                             DEFENDANT

## O R D E R

For reasons stated in a memorandum opinion of this date, we hereby remand this case to

the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

IT IS SO ORDERED AND ADJUDGED this 29th day of October 2007.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI'
UNITED STATES MAGISTRATE JUDGE

---

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule
25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne
B. Barnhart as the defendant in this suit.

AO72A
(Rev. 8/82)